RONALD M. ARLAS, ESQ. #59091
ARLAS & SMITHTON
1100 Larkspur Landing Circle, Suite 360
Larkspur, CA 94939
(415) 925-3807 Fax (415) 925-3861

EDWARD R. BUELL, ESQ. #240494
GREENPOINT MORTGAGE FUNDING, INC.
1100 Larkspur Landing Circle, Suite 360
Larkspur, Ca. 94939
(415) 925-3810 Fax (415) 925-3860

Attorneys for Defendant GREENPOINT MORTGAGE FUNDING, INC.

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINO FLORES, et al., <br>     Plaintiffs, <br> vs. <br> AURORA LOAN SERVICES, et al., <br>     Defendants. | Case No. 2:09-cv-03032-MCE-GGH <br><br> ORDER ALLOWING COUNSEL FOR DEFENDANT GREENPOINT MORTGAGE FUNDING, INC. TO TELEPHONICALLY ATTEND MOTION TO DISMISS <br><br> Date: 2/12/2010 <br> Time: 2:00 pm <br> Place: Courtroom 7, 14TH Floor |

Pursuant to the written request by counsel for defendants GREENPOINT MORTGAGE FUDNING, INC and MARIN CONVEYANCING CORP. to telephonically attend his Motion to Dismiss, set for February 12, 2009, this Court hereby grants such request.

DATED: December 7, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE